NUMBER 13-06-00059-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

DIANE PEREZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the 24th District Court


of De Witt County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza, and Benavides 


Memorandum Opinion Per Curiam



 The clerk's record (1 volume) in the above cause was marked "received" in this
Court on Wednesday, February 08, 2006. Upon review of the record, it appeared that the
record did not contain a proper notice of appeal. By letter issued on February 22, 2006,
the Clerk of this Court notified appellant of this defect so that steps could be taken, if
possible, to correct the defect. 

 The Clerk notified appellant that the appeal would be dismissed if the defect were
not corrected within ten days from the date of receipt of this notification. 

 Appellant has not responded to this notification. Accordingly, the appeal is
DISMISSED. 

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed

this 15th day of November, 2007.